

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:06-CR-00004-004 |
| v. | ORDER |
| CHRISTOPHER O'BRIAN COBOURNE, a/k/a "Fat Rock" | |
| Defendant. | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. Judge Crigler filed his Report and Recommendation ("Report") on September 15, 2006, recommending that this Court accept Defendant's plea of guilty to Count One of the superseding indictment and adjudge him guilty of that offense.

After a careful review of the record, and no objection having been filed to the Report within ten (10) days of its service upon the parties, this Court ADOPTS the report in its entirety, finds the Defendant guilty of Count One of the superseding indictment, and adjudges him guilty of that offense. A presentence report in this matter SHALL BE PREPARED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

Sept. 27, 2006
Date